ORDR
KERRY EARLEY, ESQ.
Nevada Bar No. 2298
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, NV 89101
(702) 385-1400
(702) 385-9408 Facsimile
E-mail: kerry@richardharrislaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| SANDRA BOBADILLA, et al., | ) CASE NO.: 07-cv-00344 |
| Plaintiffs, | ) |
| v. | ) ORDER APPROVING |
| | ) COMPROMISE OF DISPUTED |
| ROANOKE COMPANIES GROUP, INC., et al., | ) CLAIM OF MINOR GAVIN |
| | ) STEVENSON |
| Defendants. | ) |

Plaintiff/Petitioner, Misty Stevenson, as natural mother and guardian of Gavin Stevenson, a minor, by and through their counsel Kerry L. Earley, Esq. of the Richard Harris Law Firm, having submitted their Petition for Compromise of Disputed Claim of Minor Hailey Stevenson, the Court having read the pleadings and papers herein, having heard the argument of counsel, and been fully advised in the premises,

IT IS ORDERED that the proposed settlement of the claim of the minor against ROANOKE COMPANIES GROUP, Inc., HOME DEPOT USA, Inc. AEROFIL TECHNOLOGY, Inc. be, and the same is hereby approved in the sum of $10,000.00.

IT IS FURTHER ORDERED that the medical bills in the amount of $1,341.19 have been paid in full by the minor's health insurance carrier.

IT IS FURTHER ORDERED that the $10,000.00 settlement is subject to Attorney fee's and costs in the amount of $5,000.00.

IT IS FURTHER ORDERED that all sums payable to Gavin Stevenson constitute damages on account of injuries she sustained as a result to exposure to Stand'n Seal in December 2006 in Las Vegas, Nevada.

IT IS FURTHER ORDERED that the remainder of the settlement in the sum of $5,000.00 be paid to Petitioner for the establishment of a blocked trust account at City National Bank, a federally insured financial institution in the State of Nevada, located at 3883 Howard Hughes Parkway Suite 100, Las Vegas, NV 89169. Authorization to establish the blocked account for the benefit of the minor is hereby given to the Petitioner or a representative of the Richard Harris Law Firm.

IT IS FURTHER ORDERED that funds deposited in the blocked trust account shall not be liquidated or diminished prior to September 13, 2021, upon the minor reaching the age of eighteen (18) years, with Court approval, with a final accounting as to the funds and upon showing that the withdrawal is in the best interest of the minor child.

That the Petitioner shall, within ~~sixty (60)~~ thirty (30) days, file proof of the establishment of the blocked account. A status check before the Court is set for 8th day of June, 2011, at 9:00 a.m., to show compliance with this Order. In the event the proof of compliance has been filed with this Court, it will not be necessary for Kerry L. Earley, Esq. to attend.

IT IS FURTHER ORDERED should the Court deem it appropriate, the trustee or petitioner shall be ordered to file periodic verified annual reports detailing the activities of the blocked trust account during the previous twelve (12) months, pursuant to NRS 41.200(5).

DATED and DONE this the 3rd day of ~~March~~ May, 2011.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

RICHARD A. HARRIS LAW FIRM

_____ #9980
KERRY L. EARLEY, Esq.
801 South Fourth Street
Las Vegas, NV 89101
(702) 385-1400
(702) 385-9408 Facsimile

*Attorneys for Plaintiffs/Petitioners*