**ORD**
KRISTINA R. WELLER, ESQ.
Nevada Bar No.: 7975
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile:  (702) 444-4455
Email: Kristina@richardharrislaw.com
*Attorneys for Petitioner*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| In the Matter of the Compromise of the claim of Hailey Stevenson,<br><br>Petitioner | CASE NO.:   07-cv-00344<br><br>**ORDER GRANTING REQUEST FOR RELEASE OF FUNDS FROM MINOR'S BLOCKED TRUST ACCOUNT** |
|---|---|

IT IS HEREBY ORDERED that since Hailey Stevenson is now 18 years of age, the total amount of the proceeds of the compromise which was deposited at City National Bank, Account Number 361974786 in a blocked Personal Savings account, be released in full, including any interest accrued, to Hailey Stevenson.

DATED  July 24        , 2020.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
RICHARD HARRIS LAW FIRM

_____
KRISTINA R. WELLER, ESQ.