**ORD**
RICHARD HARRIS, ESQ.
Nevada Bar No. 505
KRISTINA R. WELLER, ESQ.
Nevada Bar No.: 7975
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile:  (702) 444-4455
Email: Kristina@richardharrislaw.com
*Attorneys for Petitioner*

### UNITED STATES DISTRICT COURT

### DISTRICT, NEVADA

| | |
|---|---|
| In the Matter of the Compromise of the claim of GAVIN STEVENSON,<br><br>Petitioner | CASE NO.:   07-CV-00344<br><br>**ORDER RELEASING FUNDS** |

IT IS HEREBY ORDERED that since GAVIN STEVENSON is now 18 years of age, the total amount of the proceeds of the compromise which was deposited at City National Bank, Account Number ending in 4786 in a blocked Personal Savings account, be released in full, including any interest accrued, to GAVIN STEVENSON.

DATED:  September 29     , 2021.

_____
Kent J. Dawson, U.S. District Judge

Respectfully submitted by:

RICHARD HARRIS LAW FIRM

_____
KRISTINA R. WELLER, ESQ.